BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITAL SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>Alejandro Mayorkas, Director, United States Citizenship and Immigration Services, et al.<br><br>    Defendants. | No. CIV F 1:10-cv-2132 LJO SKO<br><br>JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME IN WHICH TO FILE ANSWER TO COMPLAINT |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of an I-130 visa petition by U.S. Citizenship and Immigration Services (CIS). The parties are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a first extension of time for the government to file its answer to the Complaint, until March 1, 2011.

Dated: January 14, 2011

    BENJAMIN B. WAGNER
    United States Attorney

    By:    /s/Audrey Hemesath
           Audrey B. Hemesath
           Assistant U.S. Attorney
           Attorneys for the Defendants

    By:    /s/ Jonathan Kaufman
           Jonathan Kaufman
           Attorney for the Plaintiff

-1-

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for filing the Defendants' answer is extended to March 1, 2011.

The scheduling conference currently set for February 24, 2011, is reset to April 7, 2011, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

**Dated:    February 11, 2011**              /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE