BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SITAL SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>Alejandro Mayorkas, Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | No. CIV F 1:10-2132 LJO SKO<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of an I-130 visa petition by U.S. Citizenship and Immigration Services (CIS). The application has now been adjudicated. Accordingly, this lawsuit is moot, and the parties stipulate to dismissal.

Dated: February 28, 2011

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                By:    <u>/s/Audrey Hemesath</u>
                        Audrey B. Hemesath
                        Assistant U.S. Attorney
                        Attorneys for the Defendants

                By:    <u>/s/ Jonathan Kaufman</u>
                        Jonathan Kaufman
                        Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is DISMISSED.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:     February 28, 2011                               /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE